IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-51432

_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 13, 2005

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

   v.

RAMON SILVA-GALVAN

    Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, Del Rio
2:04-CR-665-ALL-WWJ
----------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

 IT IS ORDERED that the unopposed motion of appellee to
vacate sentence is GRANTED.

 IT IS FURTHER ORDERED that the unopposed motion of appellee
to remand the case to the United States District Court for
resentencing is GRANTED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

IT IS FURTHER ORDERED that the unopposed motion of appellee to extend time to file appellee's brief 14 days from the Court's denial of appellee's motion to vacate and remand is DENIED as unnecessary.